UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CV-184-BO

| | |
|---|---|
| ROXANNE KIRTRIGHT and SUSAN HALL, individually and on behalf of a class of others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ORDER ) ) |
| vs. | ) ) |
| HOLIDAY DELTA, INC., et al., | ) ) |
| Defendants. | ) ) ) |

This matter is before the Court on the parties' Join Motion for Approval of Settlement and Plaintiffs' Amended Application for Attorney's Fees and Expenses:

The Court having reviewed the Settlement Agreement, motion for approval thereof, supporting documents, amended application for attorney's fees and expenses, and the arguments of counsel presented at a hearing held December 16, 2010, hereby:

1. Finds that the Settlement Agreement in this case was negotiated at arm's length by both parties,

2. Finds that the Settlement Agreement resolves a bona fide dispute in contested litigation and is a fair and reasonable resolution of that dispute with respect to the relief granted to the class members,

3. Finds that the parties have made their best efforts to disseminate notice to all putative class members,

1

4. Finds that the attorney's fees and costs requested are fair and reasonable considering the time and efforts expended by counsel and the result achieved for the class,

5. Certifies the Rule 23 Settlement Class as defined in the Court's August 16, 2010 Order. Doc. # 39.

6. Grants the parties' Joint Motion for Approval of Settlement,

7. Grants Plaintiffs' Amended Application for Attorney's Fees and Expenses,

8. Orders the parties to proceed with administration of the settlement in accordance with the Settlement Agreement,

9. Orders the parties to submit a joint stipulation dismissing this action with prejudice after all required consideration has been provided.

SO ORDERED, this __29__ day of December, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2